668

Attorney General of New York, for respondent. *Miss Dorothy Kenyon* filed a brief on behalf of the American Civil Liberties Union, as *amicus curiae,* in support of the petitioners.

No. 1008. McDONALD ET AL. *v.* BANTA CARBONA IRRIGATION DISTRICT. April 13, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. W. Coburn Cook* for petitioners. *Mr. A. L. Cowell* for respondent.

No. 1022. GREEN *v.* McLAREN, MAJOR, UNITED STATES ARMY. April 13, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Warren Eldreth Green, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.

No. 1023. MILK & ICE CREAM DRIVERS AND DAIRY EMPLOYEES UNION, LOCAL No. 225, ET AL. *v.* WISCONSIN EMPLOYMENT RELATIONS BOARD ET AL. April 13, 1942. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Messrs. Joseph A. Padway* and *I. E. Goldberg* for petitioners. *Messrs. James Ward Rector,* Deputy Attorney General of Wisconsin, and *N. S. Boardman,* Assistant Attorney General, for respondents.

No. 1056. CHESTNUT SECURITIES CO. *v.* OKLAHOMA TAX COMMISSION. April 13, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Richard B. McDermott* for petitioner.

669

*Mr. F. M. Dudley* for respondent.

No. 1113. VIATOR *v.* STATE TAX COMMISSION ET AL. See *ante,* p. 644.

No. 926. PICKENS *v.* UNITED STATES. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Elmer Bently Pickens, pro se. Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States.

No. 1030. TINKOFF ET AL. *v.* GOLD, TRUSTEE, ET AL. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Ella H. Tinkoff* and *Paysoff Tinkoff, pro se. Mr. Robert Mack David* for respondents.

No. 1032. McGREW *v.* JOHNSTON, WARDEN. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Sam McGrew, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.

No. 1053. JONES *v.* BROPHY, WARDEN. April 27, 1942. Petition for writ of certiorari to the County Court of Cayuga County, New York, and motion for leave to proceed further *in forma pauperis,* denied. *Lemphis Jones, pro se.*